FILED
CLERK, U.S. DISTRICT COURT

APR  1 2009

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No.: CR08-730 / |
| Plaintiff, ) | CR08-749-AHM |
| ) | ORDER OF DETENTION |
| vs. ) | [Fed. R. Crim. P. 32.1(a)(6); |
| ) | 18 U.S.C. § 3143(a)] |
| Pontrell Williams ) | |
| Defendant. ) | |

The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the Central District of California for alleged violation(s) of the terms and conditions of his/~~her~~ ~~[probation]~~ [supervised release]; and

The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),

The Court finds that:

A.  ( )  The defendant has not met his/~~her~~ burden of establishing by clear and convincing evidence that he/~~she~~ is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on defendant's history of noncompliance with

1  Court orders.
2
3
4  and/or
5  B. (X) The defendant has not met his/~~her~~ burden of establishing by
6  clear and convincing evidence that he/~~she~~ is not likely to pose
7  a danger to the safety of any other person or the community if
8  released under 18 U.S.C. § 3142(b) or (c). This finding is based
9  on: the underlying charges and defendant's criminal
10  history.
11
12
13
14  IT THEREFORE IS ORDERED that the defendant be detained pending
15  the further revocation proceedings.
16
17  Dated: April 1, 2009
18
19                                           JEFFREY W. JOHNSON
20                                           UNITED STATES MAGISTRATE JUDGE